[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14319
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 19, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:10-cr-00035-JA-GJK-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORANZO THOMAS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 19, 2011)

Before MARCUS, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

John S. Mills and Gregory Philo, appointed counsel for Loranzo Thomas in this direct appeal, have moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thomas's convictions and sentences are **AFFIRMED**.